PD-0266-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/11/2015 1:08:01 PM
Accepted 3/12/2015 9:04:01 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

STATE OF TEXAS

AUSTIN, TEXAS

OUT OF THE FOURTH SUPREME JUDICIAL DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

\* \* \*

04-13-00663-CR
04-13-00713-CR
2011-CR-8100B

DILLAN WILLIAM STANLEY
                            Appellant
VS.

THE STATE OF TEXAS,
                            Appellee

\* \* \*

APPEAL FROM THE 186th JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS

\* \* \*

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Anthony B. Cantrell
SBN: 03763180
111 Soledad Street, Suite 1200
San Antonio, Texas 78205
(210) 490-1207 Telephone
(210) 299-1482 Facsimile

FILED IN
COURT OF CRIMINAL APPEALS

March 12, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Dillan William Stanley, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time of 60 days to file appellant's brief, to file a petition for discretionary review, and for good cause shows the following

I.

This case is on appeal from the 186th Judicial District Court, Bexar County, Texas.

II.

The case below was styled the STATE OF TEXAS vs. DILLAN WILLIAM STANLEY and numbered 2011-CR-8100B.

III.

On January, 28 2015, the Fourth Court of Appeals affirmed appellant's conviction. This petition is therefore due on March 15, 2015.

V.

Appellant's counsel relies on the following facts as additional good cause for the requested extension. Counsel has been working on the following cases and needs additional time to file this petition:

State of Texas v. Wayne Dickerson – Aggravated Sexual Assault/Child
State of Texas v. Fabian Gobert – Aggravated Assault with Deadly Weapon
State of Texas v. Alexander Ray Trevino — Murder
State of Texas v. Angel Longoria — Aggravated Robbery
United States of America v. Joe Reyna Jr. — Possession of Child Pornography

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests an extension of sixty (60) days, until May 14, 2015, to file a petition for discretionary review.

Respectfully submitted,

Anthony B. Cantrell
SBN: 03763180
111 Soledad Street, Suite 1200
San Antonio, Texas 78205
(210) 490-1207 Telephone
(210) 299-1482 Facsimile
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Anthony Cantrell hereby certify that an original and one copy of the foregoing document was filed with the Court of Criminal Appeals via electronic submission on March 11, 2015. I further certify that a true and correct copy was served upon the District Attorney's Office, 101 W. Nueva suite 370, San Antonio, Texas 78205, via electronic mail.

Anthony Cantrell

IN THE COURT OF CRIMINAL APPEALS

STATE OF TEXAS

AUSTIN, TEXAS

OUT OF THE FOURTH SUPREME JUDICIAL DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

* * *
04-13-00663-CR
04-13-00713-CR
2011-CR-8100B
* * *

DILLAN WILLIAM STANLEY
                                        Appellant
VS.

THE STATE OF TEXAS,
                                        Appellee

**ORDER**

On this day the _____ day of _____, 2015, Appellant's Motion to

Extend Time to File Petition for Discretionary Review was granted. Extension of time

was granted to the _____, 2015.

Signed on this the _____ day of _____, 2015.

_____
Justice Presiding